JS-6

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AVALOS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-08214-RAO<br><br>*Magistrate Judge Rozella A. Oliver*<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO REMAND**<br><br>[Removed from Los Angeles County Superior Court Case No. 25NWCV01976]<br><br>Date Complaint Filed: June 2, 2025<br>Removed: September 1, 2025 |

# ORDER

The Court, having considered the Parties' Stipulation, and good cause appearing therein, hereby orders that the Parties' Stipulation is **GRANTED:**

1. This matter is remanded back to the Superior Court of the State of California, County of Los Angeles;
2. All deadlines, dates, and events presently on calendar are vacated.

**IT IS SO ORDERED.**

Dated: 10/15/2025

_____
Hon. Rozella A. Oliver
Magistrate Judge of the United States Central District Court